BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 3721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>         v.<br><br>ESTANISLOA PULIDO, et al.,<br><br>             Defendant. | CASE NO. 1:04-MJ-02213<br><br>**ORDER DISMISSING COMPLAINT AGAINST DEFENDANTS ANTONIO LUA, ANTONIO VALDOVINOS AND RENE VALLE** |

For the reasons set forth in the motion to dismiss filed by the United States, the Complaint against defendants ANTONIO LUA, ANTONIO VALDOVINOS and RENE VALLE are hereby DISMISSED and any outstanding arrest warrants are recalled.

IT IS SO ORDERED.

Dated: **February 13, 2015**              **/s/ Gary S. Austin**
                                                                  UNITED STATES MAGISTRATE JUDGE

1